No. 539. CHESAPEAKE AND OHIO RAILWAY COMPANY *v.* K. S. LEITCH. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of

West Virginia granted. *Mr. Douglas W. Brown* for petitioner. *Messrs. George B. Martin, John H. Holt,* and *Rufus S. Dinkle* for respondent.